UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY C. BROOKSHIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:12 CV 63 RWS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Jeffrey C. Brookshire's appeal from an adverse ruling of the Social Security Administration.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Thomas C. Mummert, who filed his Report and Recommendation on August 20, 2013.  Judge Mummert  recommended that the Commissioner's decision to deny benefits be reversed and that this case be remanded to the Commissioner for further proceedings.  Judge Mummert found that the Administrative Law Judge's decision was not supported by substantial evidence on the record.

Any objections to Judge Mummert's Report and Recommendation had to be filed by September 3, 2013.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Mummert [#21] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of September, 2013.